IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JASMINE A. JACKSON

         Plaintiff

         v.                     Civil Action No.   JKB-12-0900

ANNE ARUNDEL MEDICAL CENTER, INC.

         Defendant

\* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Plaintiff has moved to quash certain Subpoenas *Duces Tecum* (ECF No. 15). The Defendant has responded. (ECF No. 16). The Motion to Quash is DENIED.

The Plaintiff complains that the Defendant failed to provide notice to her *prior* to service on her subsequent employers of subpoenas seeking her employment records. With respect to subpoenas seeking the production of documents, Rule 45(b)(1) of the Federal Rules of Civil Procedure requires that notice be served upon *all parties* prior to service of the subpoenas on the subpoena recipients, so that parties may first assert any privileges or objections and so that they may obtain the same or additional documents. *Williams v. Thaler*, 602 F.3d 291, 311 (6th Cir. 2010; *Judson Atkinson Candies, Inc. v. Latini-Hohberger Dhimantek*, 529 F.3d 371, 386 (7th Cir. 2008). Defendant should have provided notice to the Plaintiff before serving the subpoenas.

That said, the subpoenas seek entirely discoverable information. The Defendant is entitled to the information it seeks so that it may ascertain whether the Plaintiff has satisfied her obligation to mitigate her damages.

1

The Defendant is ORDERED to treat the materials obtained as CONFIDENTIAL, sharing them only with counsel of record and on a need-to-know basis within Defendant corporation.

For the reasons stated herein, the PLAINTIFF'S MOTION TO QUASH SUBPOENAS *DUCES TECUM* (ECF No. 15) is DENIED. This ruling applies with equal force to those subpoenas to which there have been responses and that to which there has yet to be a response. All must be complied with.

DATED this 26 day of September, 2012.

BY THE COURT:

James K. Bredar
United States District Judge

2